# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MANSOUR SAIDIAN, d/b/a ATOMIC CITY, d/b/a PARIS FUNK,<br><br>　　　　Defendant. | Case No. CV 12-7428 SS<br><br><br>**JUDGMENT** |

　　On July 28, 2015, this matter came on regularly for trial. This action was tried by a jury with United States Magistrate Judge Suzanne H. Segal presiding. A duly sworn and instructed jury rendered a Special Verdict on August 3, 2015 in favor of Defendant and Counterclaimant Mansour Saidian and against Plaintiff and Counterdefendant Century Surety Company on Saidian's claims for breach of contract and violation of the implied covenant of good faith and fair dealing. The jury found that Saidian had suffered a loss of $100,000.00 and incurred economic damages of $11,138.00 and non-economic damages of $38,862.00. (Dkt. No. 100).

1    Following the jury trial, the Court heard Plaintiff's motion
2 for judgment on its declaratory relief claim and Defendant's motion
3 for attorney's fees, both of which it denied in separate orders
4 issued concurrently with this Judgment.

6    IT IS HEREBY ORDERED that judgment in the above-entitled case
7 shall be entered in favor of Saidian and against Century Surety
8 Company in the above amounts.

10   IT IS SO ORDERED.

12 DATED: March 16, 2016

```
                              _____/S/_____
                              SUZANNE H. SEGAL
                              UNITED STATES MAGISTRATE JUDGE
```